IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN W. PARKER, JR.                                                                PLAINTIFF

v.                              No: 4:21-cv-951-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                    DEFENDANT

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 16*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). The Commissioner's decision is affirmed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022