# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOHN W. PARKER, JR.**  PLAINTIFF

v.  No: 4:21-cv-951-DPM

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**  DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022